UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CITIBANK (SOUTH DAKOTA), N.A., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 11-11655-PBS |
| | ) | |
| EJAZ JAMIL, | ) | |
| | ) | |
| Defendant. | ) | |

*[Handwritten annotation in left margin: 12/23/2011 — Adopt the report and order remand and remanded to state court. Patti B. Saris]*

## REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT

December 6, 2011

DEIN, U.S.M.J.

### I. INTRODUCTION

Citibank (South Dakota), N.A. ("Citibank")[1] commenced an action in Marlborough District Court against the defendant, Ejaz Jamil ("Jamil"), on April 27, 2010, Case No. 1021CV000267, seeking to collect the amounts allegedly due under a credit card account. More than a year later, on September 19, 2011, Jamil purported to remove the action to this court. In his notice of removal, Jamil contends that he has claims against Citibank and Citibank's attorneys, the law firm of Lustig, Glaser & Wilson, P.C. Although he has listed Lustig, Glaser & Wilson, P.C. as a plaintiff in this action, Jamil has never served any complaint against the law firm.

---

[1] Citibank, N.A. is the successor by merger to Citibank (South Dakota), N.A., the latter being the named plaintiff in the state court action, and the former having assumed the role of plaintiff in the federal court action. Since the distinction between these entities is irrelevant to the issues before this court, they will interchangeably be referred to as "Citibank."